UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEAN M. MORRILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:10-cv-00269-JAW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
| Defendant. | ) |

# AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 5, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2011

---

[1] This Amended Order corrects a typographical error contained in the Order Affirming the Recommended Decision of the Magistrate Judge dated 7/25/2011 (Docket # 21). The caption of the Order listed the Plaintiff's name as "Jane" Morrill and it should be "Jean" Morrill.